NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JERRY BRIAN INWOOD,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**

*Respondent*

---

2024-1469

---

Petition for review of the Merit Systems Protection Board in No. CH-0752-17-0461-I-1.

---

## O R D E R

The petitioner having failed to file the required Statement Concerning Discrimination, it is

2                                                                    INWOOD V. DHS

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

April 11, 2024
   Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 11, 2024